

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2022

No. 04-22-00497-CV

**IN RE** Paty **MCDERMOTT**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On August 8, 2022, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real party in interest may file a response to the petition in this court **no later than September 13, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 29, 2022.

PER CURIAM

ATTESTED TO: _____
                Michael A. Cruz,
                Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021CI09758, styled *James William McDermott v. Paty McDermott*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.